```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DORAN ALLEN,                                                       :
                                                                   :
                              Petitioner,                          :
                                                                   :           20-cv-4600 (LJL)
              -v-                                                  :
                                                                   :              ORDER
MICHAEL CAPRA,                                                     :
                                                                   :
                              Respondent.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021

LEWIS J. LIMAN, United States District Judge:

The Court has received a letter dated January 11, 2021 from Petitioner that requests an extension of time to file his reply brief in support of his petition for a writ of habeas corpus on the basis that he has "not received any copy of the opposition filed by the Respondent," and that a "look at the prison law mail list will show that [he] never received said copy." He requests that the Court direct Respondent to serve him with a copy of the opposition or to show proof of service.

Respondent filed its opposition brief with the Court on December 22, 2020, and with it, filed an affidavit of service that demonstrates he mailed the opposition to Petitioner at the Sing Sing Correctional Facility at 354 Hunter Street, Ossining, New York 10562, which is the address Petitioner has provided.

Nonetheless, Petitioner's request for an extension is GRANTED, and Petitioner may mail his reply brief, if any, on or before March 22, 2021. Respondent is ORDERED to mail a copy of the opposition on Petitioner within seven (7) days of this Order and to file proof of service on the docket.

One final note: the letter submitted by Petitioner indicated he had also mailed a copy of his letter to Respondent, but the address listed for Respondent is incorrect.  In the future, Petitioner can mail Respondent by using the address provided by Respondent's counsel on the public docket:

>T. Charles Won
>Bronx County District Attorney's Office
>198 E. 161st Street
>Bronx, New York 10451

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: February 4, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge