**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DORAN ALLEN,

                                            Petitioner,                  20 **CIVIL** 4600 (LJL)

                -against-                                   **JUDGMENT**

MICHAEL CAPRA, Superintendent,

                                           Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2021, the petition for a writ of habeas is denied; accordingly, the case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED:** New York, New York
              June 1, 2021

                                                            **RUBY J. KRAJICK**
                                                                 Clerk of Court
                                       **BY:**
                                                                    Deputy Clerk