UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DORAN ALLEN,

                        Petitioner,

           -v-

MICHAEL CAPRA, Superintendent,

                        Respondent.

------------------------------------------------------------------X

20-cv-4600 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2021

LEWIS J. LIMAN, United States District Judge:

Petitioner's motion for an extension of time to file a notice of appeal pursuant to Fed. R. App. P. 4(a)(5) is GRANTED. *See* Dkt. No. 22. Petitioner is granted the maximum extension of thirty (30) days after the time prescribed by Rule 4(a)(1) to file the notice of appeal; his appeal thus must be filed by July 31, 2021. Fed. R. App. P. 4(a)(5)(C). The motion for an extension of time was filed timely and good cause exists.

The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: July 2, 2021
      New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge