```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DORAN ALLEN,                                                      :
                                                                  :
                            Plaintiff,                            :
                                                                  :        20-cv-4600 (LJL)
            -v-                                                   :
                                                                  :            ORDER
MICHAEL CAPRA,                                                    :
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2021

LEWIS J. LIMAN, United States District Judge:

    Doran Allen ("Petitioner") requests this Court for a Certificate of Appealability. Dkt. No. 24. As Petitioner has "not made a substantial showing of the denial of a constitutional right," this Court declines to issue a Certificate of Appealability. 28 U.S.C. § 253(c)(2).

    SO ORDERED.

Dated: July 26, 2021  
       New York, New York

                                                    LEWIS J. LIMAN  
                                                 United States District Judge